IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Annjanette Dunbar, | ) | |
| | ) | C.A. No. 3:18-cv-00785-JMC-KDW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| IT-oLogy, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, by and through her undersigned counsel, stipulates to the dismissal with prejudice of this matter, which has not been served on Defendant.

WUKELA LAW FIRM

By: s/ Pheobe A. Clark
**Pheobe A. Clark**
Federal ID No. 9888
Post Office Box 13057
Florence, SC 29504-3057
Phone: (843) 669-5634
Florence, South Carolina                Fax:    (843) 669-5150

April 30, 2018                          Attorneys for Plaintiff